

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
hmiller@bsk.com

November 15, 2007

**VIA FAX**

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse Room 630
300 Quarropas Street
White Plains, New York   10601

**MEMO ENDORSED**   NOV 15 2007

Re:   *Vivian Beale v. Mount Vernon Police Department*, 07-CV-7520 (KMK)

Dear Judge Karas:

We represent the Defendant Mount Vernon Police Department in the above referenced matter. Dawn of your Chambers granted permission to fax this letter to the Court.

Upon being served with the Complaint, we prepared a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). However, after reviewing your individual rules of practice today, we learned that prior to making a pre-answer motion to dismiss, we must request the Court's permission to make such a motion. Currently, the Defendant must either answer or move to dismiss the complaint no later than today, November 15, 2007. Therefore, we respectfully requests an extension of time in which to answer the Complaint or request the Court's permission to file a pre-answer motion to dismiss.

Thank you for your attention to this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc:   Sanford A. Kutner, Esq.

*Handwritten endorsement:*

Mount Vernon Police Department may file its pre-motion letter by November 21, 2007. The time to answer is extended until then, and if a letter is submitted, the time to answer will be extended again until the pre-motion conference.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/15/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1399 Franklin Avenue, Suite 200, Garden City, NY 11530-1679 ■ Phone: 516-267-6300 ■ Fax: 516-267-6301 ■ www.bsk.com

58367.1 11/15/2007