# THE LAW FIRM OF
# SANFORD A. KUTNER

NEW YORK CITY, NEW YORK
OKLAHOMA CITY, OKLAHOMA

\* **MAILING ADDRESS:**
6 TARA PLACE
METAIRIE, LA 70002
*Not Licensed in Louisiana

BROOKLYN/QUEENS: 718-246-0433
WHITE PLAINS/YONKERS: 914-696-0310
TULSA/OKLAHOMA CITY: 405-241-4004
E-MAIL: CivilRightsLaw@aol.com
FAX: 866-613-6209

January 16, 2008

*FAX 914-390-4152 (Authorized by Docketing)

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Vivian Beale v. Mt. Vernon Police Department*; Case No.:07-cv-7520

Dear Judge Karas:

As per the request of the individual handling the scheduling, this communication confirms my request to adjourn the conference from January 18, 2008 to February 8, 2008 at 2:00 p.m. Opposing counsel has been notified and has no objection.

Very truly yours,

s/Sanford Kutner

Sanford A. Kutner

*[Handwritten: The conference is moved to February 8, 2008 at 2:00 pm.]*

cc: Howard Miller, Esq. FAX 516-267-6301

*FAX transmitted electronically through www.myfax.com

*[Handwritten: So Ordered. /s/]*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```