AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF   NEW YORK _____

VIVIAN BEALE,

    -against-        Plaintiff,

**APPEARANCE**

MOUNT VERNON POLICE DEPARTMENT,

        Defendant.

Case Number: 07-7520 (KMK)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant:

    MOUNT VERNON POLICE DEPARTMENT

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 11, 2008 | _[signature]_ |
| Date | Signature |
| | Howard M. Miller     HM 4538 |
| | Print Name     Bar Number |
| | 1399 Franklin Avenue, Suite 200 |
| | Address |
| | Garden City, New York  11530 |
| | City   State   Zip Code |
| | (516) 267-6300     (516) 267-6301 |
| | Phone Number     Fax Number |