

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW • NEW YORK FLORIDA KANSAS

HOWARD M. MILLER
Direct: 516-267-6318
hmiller@bsk.com

April 22, 2008

**VIA FAX: (914) 390-4152**

Honorable Kenneth M. Karas
United States District Court Judge
United States Courthouse Room 630
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: *Vivian Beale v. Mount Vernon Police Department, 07-CV-7520 (KMK)*

Dear Judge Karas:

We represent the Defendant Mount Vernon Police Department in the above referenced matter. Alicia of your Chambers granted permission to fax this letter to the Court.

Please be advised that Plaintiffs' counsel has consented to an extension of time by which Defendant may answer or otherwise respond to the Amended Complaint from April 28, 2008 to May 12, 2008. The parties have not made any prior requests for an extension of time with regard to the Amended Complaint.

Thank you for your attention to this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Howard M. Miller

cc: Sanford A. Kutner, Esq. (via fax)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/28/08