```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: _____  │
└─────────────────────────┘
```

THE LAW FIRM OF
**SANFORD A. KUTNER**
NEW YORK CITY, NEW YORK
OKLAHOMA CITY, OKLAHOMA

**MEMO ENDORSED**

\* **MAILING ADDRESS:**
6 TARA PLACE
METAIRIE, LA 70002
*Not Licensed in Louisiana

BROOKLYN/QUEENS: 718-246-0433
WHITE PLAINS/YONKERS: 914-696-0310
TULSA/OKLAHOMA CITY: 405-241-4004
E-MAIL: **CivilRightsLaw@aol.com**
FAX: 866-613-6209

July 9, 2008

FAX 914-390-4152

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Vivian Beale v. Mt. Vernon Police Department*; Case No.:07-cv-7520

Dear Judge Karas:

    Please excuse the delay regarding the documentation in connection with the Hearing set for June 27, 2008. I know that I prepared a document in connection with my seeing a doctor. In that document I also indicated that Ms. Beale lost her father earlier in the week. I still have not recovered from that ailment and was placed on a different medication yesterday. Naturally I hope that recovery will be speedier.

    In the meantime, I am requesting that the Court grant me additional time to prepare the response and set the next hearing date no earlier than the second half of August. Thank you for your understanding.

Very truly yours,

Sanford A. Kutner

Sanford A. Kutner

*[Handwritten endorsement:]* The Conference will be held on September 17, 2008, at 10:00.

So Ordered,

*[signature]*
7/18/08

cc: Howard Miller, Esq. FAX 516-267-6301