UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN BEALE,

                    Plaintiff,                    Civil Action No. 07-7520 (KMK)

-against-

MOUNT VERNON POLICE                              NOTICE OF
DEPARTMENT                                                  APPEARANCE

                    Defendant.

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendant, Mount Vernon Police Department.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

                                                BOND, SCHOENECK & KING, PLLC

                                                By:_____s/_____
                                                Jessica C. Satriano (JS-0981)
                                                *Attorneys for the Defendant*
                                                *Mount Vernon Police Department*
                                                1399 Franklin Avenue, Suite 200
                                                Garden City, New York 11590
                                                jsatriano@bsk.com
                                                (516) 267-6332

To:  Law Offices of Sanford Kutner
*Attorneys for Plaintiff Vivian Beale*
Sanford A. Kutner
6 Tara Place
Metairie, LA 70002
(718) 246-0843